395 A.2d 961

Clark et al. v. Sokol, Appellant, et al.

Argued September 14, 1978. Earl T. Britt, for appellant; Ronald B. Abrams, for appellees, Clark and Bannon; No appearance entered nor brief submitted for appellee, Pacifico.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed; petition for reargument denied December 1, 1978.

HESTER, J., dissented.